UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:12-CV-609 |
| vs. | ) |
| | ) |
| STEVEN C. ROBERTS, et al., | ) |
| | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

By consent of Plaintiff Bank of America, N.A. ("Bank of America") and Defendants Steven C. Roberts, individually, and as Trustee of the Steven C. Roberts Revocable Trust, and Michael V. Roberts, individually, and as Trustee of the Michael V. Roberts Revocable Trust (collectively "Defendants"), it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

**JUDGMENT** is hereby entered in favor of Bank of America on its claims against the Defendants, in the amount of $35,916,969.24, representing the outstanding principal balance, plus late charges, past due interest, extension fees, and all attorneys' fees under the Note referenced in Bank of America's Complaint as of July 17, 2012.

**SO ORDERED** this 19th day of November, 2012.

_____
Honorable Audrey G. Fleissig,
United States District Judge

*Consented to by:*

| | |
|---|---|
| /s/ *David A. Warfield* | /s/ Robert D. Blitz |
| David A. Warfield (34288MO) | Robert D. Blitz |
| Thompson Coburn LLP | R. Thomas Avery |
| One US Bank Plaza | Ellen W. Dunne |
| St. Louis, MO 63101 | Blitz, Bardgett & Deutsch, L.C. |
| Telephone: (314) 552-6000 | 120 Central Avenue, Suite 1650 |
| Facsimile: (314) 552-7000 | Saint Louis, Missouri 63105 |

OF Counsel
John C. Weitnauer (*pro hac vice*)
Georgia Bar No. 746550
Christopher A. Riley (*pro hac vice*)
Georgia Bar No. 605634
Matthew Montaigne (*pro hac vice*)
Georgia Bar No. 915455
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Plaintiff Bank of America, N.A.*

(*pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2012, a true and correct copy of the foregoing document was sent via electronic filing to the following parties of record:

Robert D. Blitz
R. Thomas Avery
Ellen W. Dunne
Blitz, Bardgett & Deutsch, L.C.
120 Central Avenue, Suite 1650
Saint Louis, Missouri 63105
bblitz@bbdlc.com
rtavery@bbdlc.com
edunne@bbdlc.com

s/David A. Warfield
DAVID A. WARFIELD