UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:12-CV-609 |
| | ) | |
| vs. | ) | |
| | ) | |
| STEVEN C. ROBERTS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF BANK OF AMERICA'S APPLICATION FOR CHARGING ORDER**

Plaintiff Bank of America, N.A. ("Bank of America"), by and through its undersigned counsel, submits this Consent Motion for Extension of Time to File Reply to Defendants' Response to Plaintiff Bank of America's Application for Charging Order. Defendants have no objection to this request. In support of this Motion, Plaintiff states:

1. On July 22, 2016, Bank of America filed its Application for Charging Order.

2. On August 18, 2016, Defendants filed their Response to Plaintiff Bank of America's Application for Charging Order ("Response").

3. Under the Federal Rules of Civil Procedure, Plaintiff's reply to the Defendants' Response is due on August 25, 2016.

4. Plaintiff needs additional time to obtain and review documentation related to this matter.

5. Defendants' counsel, R. Thomas Avery of Blitz, Bardget & Deutsch, LC, indicated that Defendants have no objection to an additional extension of time for sixty days, up to and including October 24, 2016, for Bank of America to file its Reply to the Response.

WHEREFORE, Plaintiff Bank of America respectfully requests this Court grant Plaintiff's Consent Motion for Extension of Time to File Reply to Defendants' Response to Plaintiff Bank of America's Application for Charging Order and order that Plaintiff's Reply is due on October 24, 2016, and grant any other and further relief as this Court deems just and appropriate.

**LEWIS RICE LLC**

By:    /s/ Jacqueline K. Graves
       Joseph J. Trad, #32540MO
       jtrad@lewisrice.com
       Jacqueline K. Graves, #64875MO
       jgraves@lewisrice.com
       600 Washington Ave., Suite 2500
       St. Louis, Missouri  63101
       314-444-7691 (Phone)
       314-612-7691 (Facsimile)

*Attorney for Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on this 24th day of August, 2016, a copy of the above and foregoing document was served via the Court's electronic filing system upon:

Robert D. Blitz
R. Thomas Avery
Ellen W. Dunne
Paul F. Woody
Blitz, Bardget & Deutsch, LC
120 South Central, Suite 1650
St. Louis, MO 63103

*Counsel for Defendants*

                /s/ Jacqueline K. Graves_____