# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A. | ) |
| | ) |
| Plaintiff, | ) Case No. 4:12-CV-609 |
| | ) |
| vs. | ) |
| | ) |
| STEVEN C. ROBERTS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

Plaintiff/Judgment Creditor Bank of America, N.A., hereby acknowledges full and final satisfaction of the judgment rendered in the above-captioned case.

DATED: January 8, 2018                    Respectfully Submitted,

**LEWIS RICE LLC**

By:   /s/ Jacqueline K. Graves
     Joseph J. Trad, #32540MO
     jtrad@lewisrice.com
     Jacqueline K. Graves, #64875MO
     jgraves@lewisrice.com
     600 Washington Ave., Suite 2500
     St. Louis, Missouri 63101
     314-444-7691 (Phone)
     314-612-7691 (Facsimile)

*Attorney for Bank of America, N.A.*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of January, 2018, a copy of the above and foregoing document was served via the Court's electronic filing system upon all counsel of record.

/s/ Jacqueline K. Graves